# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PAULEY III, WILLIAM H. | SOUTHERN DISTRICT OF NEW YORK | 5/14/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1581

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Senior Member of Board of Visitors | Duke University School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998 | Continuation of payments agreement with former law partner, Franklyn H. Snitow, and his law firm, Snitow Kanfer Holtzer & Millus, LLP. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H. | 5/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Self-Employed Licensed Real Estate Sales Person and Insurance Agent |
| 2. | 2011 | Self-Employed Floral Designer |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University School of Law | October 20 - 22, 2011 | Durham, NC | Board of Visitors Meeting | Travel, food, and lodging. |
| 2. | George Washington Univ. School of Law | November 15 - 16, 2011 | Washington, D.C. | Moot Court Competition | Travel, food and lodging. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H. | 5/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MUTUAL FUNDS | | | | | | | | | |
| 2. AGDAX - ALLIANCE BERNSTEIN HIGH INC FD | A | Dividend | K | T | Sold (part) | 03/31/11 | J | | |
| 3. MCGFX - ASTON FUNDS MONTAG & CALDWELL | | None | | | Sold | 03/31/11 | K | | |
| 4. SMGIX - COLUMBIA CONTRARIAN CORE FD | | None | | | Sold | 03/31/11 | K | | |
| 5. GSFTX - COLUMBIA FDS SER TR1 DIV INC | A | Dividend | K | T | Sold (part) | 03/31/11 | J | | |
| 6. DPLTX - DREYFUS HIGH YIELD FD | A | Dividend | J | T | Sold (part) | 03/31/11 | K | | |
| 7. KDSSX - DWS VALUE SER INC SM CAP | | None | | | Sold | 03/31/11 | J | | |
| 8. SGIIX - FIRST EAGLE GLOBAL FUND | | None | | | Sold | 03/31/11 | K | | |
| 9. ICHHX - FRANKLIN/TEMPLETON HARD CUR FD | | None | K | T | Buy (add'l) | 03/31/11 | J | | |
| 10. FNYZX - FRANKLIN NY TAX FREE INT TRM (formerly FNYTZ) | A | Interest | K | T | Sold (part) | 03/31/11 | J | | |
| 11. HFMCX - HARTFORD MUTUAL FD MID CAP | | None | | | Sold | 03/31/11 | J | | |
| 12. HIPIX - HARTFORD INFLATION PLUS FD | A | Interest | K | T | Sold (part) | 03/31/11 | J | | |
| 13. HSKSX - JP MORGAN TR1 HIGHBRIDGE STAT FD | | None | | | Sold | 03/31/11 | J | | |
| 14. IVQAX - MORGAN STANLEY INTL VALUE EQUITY FD | | None | | | Sold | 03/31/11 | K | | |
| 15. SBNYX - LEGG MASON NY MUN FD | A | Interest | | | Sold | 03/31/11 | K | | |
| 16. LSGIX - LOOMIS SAYLES VALUE FD | A | Dividend | | | Sold | 03/31/11 | K | | |
| 17. LISFX - LORD ABBETT MUN INC TR INTER FD | A | Dividend | J | T | Sold (part) | 03/31/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MGRAX - MFS INTL GROWTH FD | A | Dividend | | | Sold | 03/31/11 | K | | |
| 19. NEFJX - NATIXIS ADVISOR SM CAP VAL FD | | None | | | Sold | 03/31/11 | J | | |
| 20. PCGRX - PIONEER MID CAP VAL FD | A | Dividend | | | Sold | 03/31/11 | J | | |
| 21. RMUNX - ROCHESTER MUNI FD | A | Interest | | | Sold | 03/31/11 | L | | |
| 22. RYMFX - RYDEX SGI MANAGED FUT STRAT | | None | | | Sold | 03/31/11 | J | | |
| 23. TGBAX - TEMPLETON GLOBAL BOND FD | A | Interest | K | T | Sold (part) | 03/31/11 | K | | |
| 24. DBPIX - DWS ADVISOR FD SHORT DURATION PLUS | A | Interest | | | Sold | 03/31/11 | J | | |
| 25. LFRFX - LORD ABBETT INVT TR FLTG RATE FD CLF | A | Interest | J | T | Sold (part) | 03/31/11 | J | | |
| 26. PSSAX - PIMCO STOCKS PLUS TR SHORT STRATEGY | | None | | | Sold | 03/31/11 | J | | |
| 27. AFVPX - ALLIANZ NFJ INTL VALUE FD CL P | A | Interest | K | T | Buy | 03/31/11 | K | | |
| 28. CIGIX - CALAMOS INVT TR NEW INTL GROWTH FD CL I | A | Interest | K | T | Buy | 03/31/11 | K | | |
| 29. GNYTX - COLUMBIA FDS SER TR 1 NY INTERMEDATE MUN BD FD CL Z | A | Interest | K | T | Buy | 03/31/11 | K | | |
| 30. DWOIX - DREYFUS RESH GROWTH FD INC SHS CL I | A | Interest | K | T | Buy | 03/31/11 | K | | |
| 31. DFRPX - DWS PORTFOLIO TR FLTG RATE PLUS FD CL S | A | Interest | J | T | Buy | 03/31/11 | J | | |
| 32. HRVIX - HEARTLAND GROUP INC VALUE PLUS FUND | A | Interest | J | T | Buy | 03/31/11 | J | | |
| 33. JSTIX - HANCOCK JOHN STRATEGIC SER INCOME FD CL I | A | Interest | K | T | Buy | 03/31/11 | K | | |
| 34. NMCAX - ING EQUITY TR MID CAP OPPTYS FD CL A | | None | J | T | Buy | 03/31/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CNSDX - INVESCO CONVERTIBLE SECURITIES FUND CLASS Y | A | Interest | K | T | Buy | 03/31/11 | K | | |
| 36. JSMGX - JANUS INVT FD TRITON FD CL I | | None | J | T | Buy | 03/31/11 | J | | |
| 37. VANTX - JPMORGAN TR I NY TAX FREE BD FD CL A | A | Interest | K | T | Buy | 03/31/11 | K | | |
| 38. LHYFX - LORD ABBETT HIGH YIELD FD CL F | A | Interest | J | T | Buy | 03/31/11 | J | | |
| 39. FAQIX - NUVEEN EQUITY INCOME FUND CL Y | A | Interest | K | T | Buy | 03/31/11 | K | | |
| 40. OOSYX - OPPENHEIMER SENIOR FLOATING RATE FUND CL Y | A | Interest | J | T | Buy | 03/31/11 | J | | |
| 41. PCRPX - PIMCO FDS COMMODITYREALRETURN STRATEGY P | | None | K | T | Buy | 03/31/11 | K | | |
| 42. PUSYX - PUTNAM US GOVERNMENT INCOME TRUST-CL Y | A | Interest | K | T | Buy | 03/31/11 | K | | |
| 43. VETAX - VICTORY PORTFOLIOS ESTABLISHED VALUE FD CL A | A | Int./Div. | J | T | Buy | 03/31/11 | J | | |
| 44. FMLSX - WASATCH FDS INC LONG/SHORT FD | | None | K | T | Buy | 03/31/11 | K | | |
| 45. SGRKX - WELLS FARGO ADVANTAGE GROWTH FUND ADMIN CL | | None | K | T | Buy | 03/31/11 | K | | |
| 46. | | | | | | | | | |
| 47. ANNUITIES | | | | | | | | | |
| 48. DISCOVERY PLUS | C | Interest | M | T | | | | | |
| 49. | | | | | | | | | |
| 50. CASH AND CASH EQUIVALENTS | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

| | NONE (No reportable income, assets, or transactions.) |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. JP MORGAN CHASE | A | Interest | M | T | | | | | |
| 52. U. S. TREASURY BILLS | A | Interest | M | T | Sold (part) | 08/15/11 | L | | |
| 53. U.S. SAVINGS BONDS | A | Interest | J | T | Redeemed (part) | 11/25/11 | J | | |
| 54. AXA FIN'L LIFE INS (Cash Surrender Value) | B | Dividend | N | T | | | | | |
| 55. AXA FIN'L LIFE INS (Cash Surrender Value) | A | Dividend | M | T | | | | | |
| 56. WACHOVIA MONEY MARKET ACCOUNT | A | Interest | J | T | | | | | |
| 57. NEW YORK 529 COLL SVGS MOD AGE-BASED OPT: INCOME PORTFOLIO | B | Interest | L | T | | | | | |
| 58. NEW YORK 529 COLL SVGS MOD AGE-BASED OPT: CONSERV GROWTH | A | Interest | K | T | Buy | 12/21/11 | J | | |
| 59. NEW YORK 529 COLL SVGS INTEREST ACCUMULATION PORTFOLIO | A | Interest | J | T | | | | | |
| 60. TRMXX - RBC PRIME MONEY MARKET FD RESERVE CL | A | Interest | J | T | Sold (part) | 12/21/11 | J | | |
| 61. | | | | | | | | | |
| 62. RETIREMENT ACCOUNTS | | | | | | | | | |
| 63. 401K PLAN - ING | A | Interest | K | T | | | | | |
| 64. IRA SCUDDER - DWS CORE PLUS INCOME FUND | A | Interest | K | T | | | | | |
| 65. IRA SCUDDER - DWS GLOBAL THEMATIC FUND | A | Interest | J | T | | | | | |
| 66. TRMXX - RBC PRIME MONEY MARKET FD RESERVE CL | | None | | | Merged (with line 67) | 03/31/11 | J | | |
| 67. ACMXX - RBC MONEY MARKET OBLIGATIONS TRUST | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. AGDAX - ALLIANCE BERNSTEIN HIGH INC FD | A | Dividend | K | T | Buy (add'l) | 03/31/11 | J | | |
| 69. MCGFX - ASTON FUNDS MONTAG & CALDWELL | | None | | | Sold | 03/31/11 | J | | |
| 70. BGNIX - BLACKROCK GNMA PORTFOLIO | A | Dividend | J | T | Sold (part) | 03/31/11 | J | | |
| 71. SMGIX - COLUMBIA CONTRARIAN CORE FD | | None | | | Sold | 03/31/11 | J | | |
| 72. GSFTX - COLUMBIA FDS SER TR1 DIV INC | A | Dividend | J | T | Sold (part) | 03/31/11 | J | | |
| 73. DPLTX - DREYFUS HIGH YIELD FD | A | Dividend | J | T | Sold (part) | 03/31/11 | J | | |
| 74. KDSSX - DWS VALUE SER INC SM CAP | | None | | | Sold | 03/31/11 | J | | |
| 75. SGIIX - FIRST EAGLE GLOBAL FUND | A | Distribution | | | Sold | 03/31/11 | J | | |
| 76. ICHHX - FRANKLIN/TEMPLETON HARD CUR FD | A | Dividend | J | T | Buy (add'l) | 03/31/11 | J | | |
| 77. HFMCX - HARTFORD MUTUAL FD MID CAP | | None | | | Sold | 03/31/11 | J | | |
| 78. HIPIX - HARTFORD INFLATION PLUS FD | A | Dividend | J | T | | | | | |
| 79. HLLVX - JP MORGAN SHORT DUR BOND FD | A | Dividend | J | T | Sold (part) | 03/31/11 | J | | |
| 80. HSKSX - JP MORGAN TR1 HIGHBRIDGE STAT FD | | None | | | Sold | 03/31/11 | J | | |
| 81. WOBDX - JP MORGAN TR2 CORE BD | A | Dividend | J | T | Sold (part) | 03/31/11 | J | | |
| 82. LSGIX - LOOMIS SAYLES VALUE FD | | None | | | Sold | 03/31/11 | J | | |
| 83. MGRAX - MFS INTL GROWTH FD | A | Dividend | | | Sold | 03/31/11 | J | | |
| 84. IVQAX - MORGAN STANLEY INTL VALUE EQUITY FD | | None | | | Sold | 03/31/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. NEFJX - NATIXIS ADVISOR SM CAP VAL FD | | None | | | Sold | 03/31/11 | J | | |
| 86. PAGNX - PIMCO GNMA FD | A | Dividend | J | T | Sold (part) | 03/31/11 | J | | |
| 87. PCGRX - PIONEER MID CAP VAL FD | A | Dividend | | | Sold | 03/31/11 | J | | |
| 88. RYMFX - RYDEX SGI MANAGED FUT STRAT | | None | | | Sold | 03/31/11 | J | | |
| 89. TAIBX - TARGET PORTFOLIO INTER TERM BD | A | Dividend | | | Sold | 03/31/11 | J | | |
| 90. TGBAX - TEMPLETON GLOBAL BOND FD | A | Dividend | J | T | Buy (add'l) | 03/31/11 | J | | |
| 91. PSSAX - PIMCO STOCK PLUS TR SHORT STRATEGY | A | Interest | | | Sold | 03/31/11 | J | | |
| 92. LFRFX - LORD ABBETT INVT TR FLTG RATE FD CLF | A | Interest | J | T | Sold (part) | 03/31/11 | J | | |
| 93. RBLCX - RUSSELL INVT BALANCED STRATEGY FD CL C | A | Dividend | K | T | Buy (add'l) | 03/31/11 | J | | |
| 94. DBPIX - DWS ADVISOR FD SHORT DURATION PLUS | A | Interest | | | Sold | 03/31/11 | J | | |
| 95. AGDAX - ALLIANCE BERNSTEIN HIGH INCOME FUND CL A | A | Interest | J | T | Buy | 03/31/11 | J | | |
| 96. AFVPX - ALLIANZ NFJ INTL VALUE FD CL P | A | Interest | J | T | Buy | 03/31/11 | J | | |
| 97. CIGIX - CALAMOS INVT TR NEW INTL GROWTH FD CL I | A | Interest | J | T | Buy | 03/31/11 | J | | |
| 98. DWOIX - DREYFUS RESH GROWTH FD INC SHS CL I | A | Interest | J | T | Buy | 03/31/11 | J | | |
| 99. DFRPX - DWS PORTFOLIO TR FLTG RATE PLUS FD CL S | A | Interest | J | T | Buy | 03/31/11 | J | | |
| 100. ICHHX - FRANKLIN/TEMPLETON HARD CURRENCY FUND-ADVISOR CL | | None | J | T | Buy | 03/31/11 | J | | |
| 101. JSTIX - HANCOCK JOHN STRATEGIC SER INCOME FD CL I | A | Interest | K | T | Buy | 03/31/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. HIPIX - HARTFORD INFLATION PLUS FUND CL I | A | Interest | J | T | Buy | 03/31/11 | J | | |
| 103. HRVIX - HEARTLAND GROUP INC VALUE PLUS FUND | A | Interest | J | T | Buy | 03/31/11 | J | | |
| 104. NMCAX - ING EQUITY TR MID CAP OPPTYS FD CL A | | None | J | T | Buy | 03/31/11 | J | | |
| 105. CNSDX - INVESCO CONVERTIBLE SECURITIES FUND CLASS Y | A | Interest | J | T | Buy | 03/31/11 | J | | |
| 106. JSMGX - JANUS INVT FD TRITON FD CL I | | None | J | T | Buy | 03/31/11 | J | | |
| 107. LHYFX - LORD ABBETT HIGH YIELD FD CL F | A | Interest | J | T | Buy | 03/31/11 | J | | |
| 108. FAQIX - NUVEEN EQUITY INCOME FUND CL Y | A | Interest | J | T | Buy | 03/31/11 | J | | |
| 109. PCRPX - PIMCO FDS COMMODITYREALRETURN STRATEGY P | | None | J | T | Buy | 03/31/11 | J | | |
| 110. PUSYX - PUTNAM US GOVERNMENT INCOME TRUST-CL Y | A | Interest | K | T | Buy | 03/31/11 | K | | |
| 111. TGBAX - TEMPLETON GLOBAL BOND FD | A | Interest | J | T | Buy | 03/31/11 | J | | |
| 112. VETAX - VICTORY PORTFOLIOS ESTABLISHED VALUE FD CL A | A | Interest | J | T | Buy | 03/31/11 | J | | |
| 113. SGRKX - WELLS FARGO ADVANTAGE GROWTH FUND ADMIN CL | | None | J | T | Buy | 03/31/11 | J | | |
| 114. FMLSX - WASATCH FDS INC LONG/ SHORT FD | | None | J | T | Buy | 03/31/11 | J | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| PAULEY III, WILLIAM H. | 5/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

None.

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H. | 5/14/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____s/WILLIAM H. PAULEY III_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544